BB:as

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6303**

**CR-HURLEY**

IN RE: GRAND JURY 00-01 (FTL))    **MAGISTRATE JUDGE**
_____ )            **VITUNAC**

## MOTION TO SEAL

The United States of America, by and through the undersigned Assistant United States Attorney, moves this Honorable Court for an Order sealing the Indictment, Penalty Sheet, Certificate of Trial Attorney, Arrest Warrant, Motion to Seal and Sealing Order, with the exception that copies of the Warrant for Arrest be provided to the U.S. Marshal's Service and the Drug Enforcement Administration with respect to the above-captioned matter until such time as the defendant is arrested or further order the Court. The government is requesting this indictment be sealed because it believes the defendant may flee if they become aware of the pending indictment.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

_____
BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 999490
500 East Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255 Ext. 3508
Facsimile:  (954) 356-7336