BB:as

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6303

21 U.S.C. § 841(a)(1)
21 U.S.C. § 860
18 U.S.C. § 2

CR-HURLEY

MAGISTRATE JUDGE
VITUNAC

UNITED STATES OF AMERICA, )
)
v. )
)
EZEKIEL SWINTON, )
)
Defendant. )
_____ )

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about June 9, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**EZEKIEL SWINTON,**

did knowingly and intentionally distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack cocaine," within one thousand (1,000) feet of the real property comprising Deerfield Park Elementary School, a public elementary school.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 860 and Title 18, United States Code, Section 2.



Defendant **EZEKIEL SWINTON** committed the above offense after two or more prior convictions for felony drug offenses had become final.

## COUNT TWO

On or about June 9, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**EZEKIEL SWINTON,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, in excess of fifty (50) grams of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack cocaine," within one thousand (1,000) feet of the real property comprising Deerfield Park Elementary School, a public elementary school.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 860 and Title 18, United States Code, Section 2.

Defendant **EZEKIEL SWINTON** committed the above offense after two or more prior convictions for felony drug offenses had become final.

## FORFEITURE

1. The allegations contained in Counts I and II of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2. The defendant,

**EZEKIEL SWINTON,**

upon conviction of violating Title 21, United States Code, Sections 841(a)(1) and 860, as alleged

2

in Counts I and II above, shall forfeit to the United States any property constituting or derived from, any proceeds which the defendant,

**EZEKIEL SWINTON,**

obtained, directly or indirectly, as the result of such violation; and any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of such violation, all in accordance with Title 21, United States Code, Sections 853(a)(1) and (a)(2).

3. Such forfeiture shall include, but is not limited to $1,350.00 in United States currency.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

      i.    cannot be located upon the exercise of due diligence;

      ii.   has been transferred, or sold to, or deposited with a third party;

      iii.  has been placed beyond the jurisdiction of the Court;

      iv.  has been substantially diminished in value; or

      v.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek the forfeiture of any other property of defendant up to the value of the above-described

forfeitable property.

A TRUE BILL

*[signature]*
FOREPERSON

*[signature]*
GUY A. LEWIS
UNITED STATES ATTORNEY

*[signature]*
BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA    CASE NO. _____

v.

EZEKIEL SWINTON

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information**:
New Defendant(s)    Yes ___    No ___
Number of New Defendants    _____
Total number of counts    _____

**Court Division**: (Select One)

___ Miami    ___ Key West
_X_ FTL    ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _NO_
   List language and/or dialect    _English_

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)    (Check only one)

   I    0 to 5 days    _X_    Petty    ___
   II   6 to 10 days   ___    Minor    ___
   III  11 to 20 days  ___    Misdem.  ___
   IV   21 to 60 days  ___    Felony   _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?(Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

_____
BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 999490

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# **PENALTY SHEET**

Defendant's Name: <u>EZEKIEL SWINTON</u>   No.: _____

Count # 1:

<u>Distribution of cocaine base within 1,000 feet of a school;</u>

<u>in violation of 21 U.S.C. § 841 (a)(1)and 860</u>

<u>*Max Penalty: 60 years' imprisonment; $4,000,000 Fine</u>

Count # 2:

<u>Possession with intent to distribute cocaine base within 1,000 feet of a school;</u>

<u>in violation of 21 U.S.C. § 841(a)(1) and 860.</u>

<u>*Max Penalty: Mandatory Life Imprisonment ; $16,000,000 Fine</u>

Count # :

_____

*Max Penalty: _____

Count # :

_____

*Max Penalty: _____

Count # :

_____

*Max Penalty: _____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

# SEALED INDICTMENT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____

United States of America
    Plaintiff,
vs.

DOCKET ENTRY # _____
(to be completed by Clerk of Court)

IN RE: GRAND JURY 00-01 (FTL)

_____/

SEALED FILING COVER SHEET

Party Filing Matter Under Seal:
  Name: Bruce O. Brown
  Address: 500 East Broward Blvd., Suite 700
  Telephone: (954) 356-7255 ext 3508
  Facsimile: (954) 356-7336
  E-mail: bruce.brown2@usdoj.gov

Counsel for Party Filing Matter Under Seal:
  Name: _____
  Address: _____
  Telephone: _____
  Facsimile: _____
  E-mail:

Date of Filing: October 12, 2000

Party has filed a separate Motion to Seal, requesting that the matter remain sealed:
  __ Until Conclusion of Trial      __ Until Conclusion of Direct Appeal
  __ Until Case Closing      _x_ Until the arrest of the first defendant
  __ Until further order of the Court      __ Permanently
  __ Other _____

If permanent sealing is required, specify the authorizing law, court order or court rule:
_____

The moving party requests that when the sealing period expires, the filed matter should be (select one):
  _x_ unsealed and placed in the public portion of the court file
  __ destroyed
  __ returned to the party or counsel for the party, as identified above

COURT RULING
(to be completed by Clerk based on Court's order)

Ruling on Motion to Seal: __ Granted __ Denied __ Other
Date: _____

Matter May Be Unsealed After:
  __ Conclusion of Trial      __ Conclusion of Direct Appeal
  __ Until the arrest of the first defendant      __ Until further order of the Court
  __ Case Closing      __ Other _____

N:\udd\asparks\Brown\Sealed.wpd

No.04370

# UNITED STATES DISTRICT COURT

**Southern** District of **Florida**

Central Criminal Division

## THE UNITED STATES OF AMERICA

vs.

EZEKIEL SWINTON

### INDICTMENT

21 USC § 841 (a)(1)
21 USC § 860
18 USC § 2

_____

A true bill.

_____

*Foreperson*

Filed in open court this _____ day;

of _____ A.D. 19___

Bail, $ _____

*Clerk*