AO 442 (Rev. 12/85) Warrant for Arrest   AUSA BRUCE O. BROWN; DETECTIVE NATE OSGOOD (954) 938-2909
SPECIAL AGENT BOOTT AMBROSE 489-1831

# United States District Court

SOUTHERN  DISTRICT OF  FLORIDA

UNITED STATES OF AMERICA

V.

EZEKIEL SWINTON

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 00-6303
CR-HURLEY
MAGISTRATE JUDGE
VITUNAC

YOU ARE HEREBY COMMANDED to arrest   EZEKIEL SWINTON
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Distribution and Possession with intent to distribute cocaine base within 1,000 feet of a school,

in violation of Title 21 United States Code, Section(s) 841(a)(1) and 860

CLARENCE MADDOX
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Bail fixed at $ Pre-Trial Detention

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

October 12, 2000, Fort Lauderdale, Florida
Date and Location

by Lurana S. Snow, United States Magistrate Judge
Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

