COURT MINUTES
MAGISTRATE JUDGE BARRY S. SELTZER FORT LAUDERDALE

DEFT: Ezekiel Swinton (J)#          CASE NO: 00-6303-CR-Hurley
AUSA: Bruce Brown /Rosenbaum/       ATTNY:
AGENT:                              VIOL: 21:841, 860
PROCEEDING: Initial Appearance      BOND REC: PTD

BOND HEARING HELD - yes/no          COUNSEL APPOINTED: ✓

____ BOND SET @ ____

CO-SIGNATURES:

SPECIAL CONDITIONS:

REC'D by ____ D.C.
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ____ Halfway House
    ____ Electronic Monitoring

X - Advised of charges
X - Will hire an atty
Robert Trachman

NEXT COURT APPEARANCE:    DATE:       TIME:      JUDGE:
INQUIRY RE COUNSEL:       10-25-00    10:00      WPB/Johnson — emailed
PTD/BOND HEARING:         10-26-00    10:00am    WPB/Johnson
PRELIM/ARRAIGN. OR REMOVAL: 10-26-00   "          "
STATUS CONFERENCE:

DATE: 10-23-00      TIME: 11:00am    TAPE # 00-079   PG # 8
                                     3110-3486