# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**   DATE: 10/25/00   TIME: 9:30 AM

DEFT. EZEKIEL SWINTON (J)   CASE NO. 00-6303-CR-HURLEY/VITUNAC

AUSA. *Richard Brown for* BRUCE O. BROWN   ATTY. *Robin Rosen-Evans, A(FPD)*

AGENT. SP AGENT AMBROSE - DEA   VIOL. PWID CRACK COCAINE 21:841 (a)(1), 860

PROCEEDING REPORT RE: COUNSEL   BOND. NO BOND

DISPOSITION ~~Arraignment~~ PTD set for 10/26/00

*Federal Public Defender appointed.*

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

*Defendant Arraigned.*

*Status Conference set 11/27/00 @ 9:30 am before Judge Vitunac*

DATE: 10/25/00   TAPE: LRJ-00- 96-1963