UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6303-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

vs.

EZEKIEL SWINTON,
          Defendant.
_____/

## ARRAIGNMENT INFORMATION SHEET

The above-named Defendant appeared before **Chief U.S. Magistrate Judge Johnson**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:          Jail No.:_____

                    Language: ENGLISH

                    Address: IN CUSTODY
                    _____

                    Tel. No:_____

Defense Counsel:    Name    : FEDERAL PUBLIC DEFENDER

                    Address: 400 AUSTRALIAN AVENUE NORTH
                             WEST PALM BEACH, FL 33401

                    Tel. No: 561-833-6288

Bond Set/Continued:      $ TEMP PTD

Dated this  25th  day of  October , 2000.

                    CLARENCE MADDOX, CLERK

                    BY _____
                         Deputy Clerk

                              TAPE NO. LRJ-00-96
                              DIGITAL START NO. 1963