UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55512-004

UNITED STATES OF AMERICA )
            Plaintiff    ) Case Number: CR 00-6303-CR-HURLEY
                         ) REPORT COMMENCING CRIMINAL
       -vs-              )           ACTION
                         )
EZEKIEL SWINTON          )
            Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. District Court          (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 10-20-00  am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: PWID COCAINE 1000 FT OF SCHOOL

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 1-10-70

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint  To be filed/Already Filed
    Case # _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____  (9) Arresting Officer: _____

(10) Agency: DEA    (11) Phone: _____

(12) Comments: _____