UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6303-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

EZEKIEL SWINTON,

      Defendant.

_____/



## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above named defendant having testified under oath or provided appropriate financial affidavit that he or she is financially unable to employ counsel but wishes to be represented by counsel, it thereupon

**ORDERED AND ADJUDGED** that the Federal Public Defender for the Southern District of Florida is appointed to represent this defendant for all proceedings in this case unless relieved by Court Order.

**DONE AND ORDERED** at West Palm Beach, Florida this _25th_ day of _October_, 20_00_.

TAPE NO.LRJ-00-96-1963

CHIEF U. S. MAGISTRATE JUDGE
LINNEA R. JOHNSON

Copies provided to:
U.S. Attorney's Office
Federal Public Defender
Pretrial Services
U.S. Marshal