# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**   DATE: 10/26/00   TIME: 9:30 AM

**DEFT.** EZEKIEL SWINTON (J)

**CASE NO.** 00-6303-CR-HURLEY/VITUNAC

**AUSA.** BRUCE BROWN

**ATTY.** Dave Brannon. FEDERAL PUBLIC DEFENDER

**AGENT.** SP AGENT AMBROSE - DEA

**VIOL.** PWID CRACK COCAINE 21:841(a)(1), 860

**PROCEEDING** PRETRIAL DETENTION

**BOND.** NO BOND

**FUTURE DATES** Status Conf set 11/27/00 before Judge Vitunac

**DISPOSITION** Pretrial Detention hearing held. Court finds defendant is a danger to community and orders defendant pretrial detained. Detective Brian Philbrick sworn

DATE: 10/26/0.   TAPE: LRJ-00- 96-2535