ps

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 00-6303-CR-HURLEY/JOHNSON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EZEKIEL SWINTON,

    Defendant.

_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.

Please send all notices and inquiries to this attorney at the address listed below.

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

By: _____
    Robin C. Rosen-Evans
    Assistant
    Federal Public Defender
    Attorney for Defendant
    Florida Bar No. 438820
    400 Australian Ave., Suite 300
    West Palm Beach, Florida 33401
    Telephone: (561) 833-6288
    Fax: (561) 833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered this 26th day of October, 2000, to Assistant United States Attorney Bruce Brown, 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, FL 33394.

*Robin C. Rosen-Evans*
Robin C. Rosen-Evans

N:\WPDOCS\ROSEN\ezekiel.noa