Case 0:00-cr-06303-DTKH   Document 19   Entered on FLSD Docket 11/09/2000   Page 1 of 1

AO 442 (Rev. 12/85) Warrant for Arrest   AUSA BRUCE O. BROWN; DETECTIVE NATE OSGOOD (954) 938-2909
SPECIAL AGENT SCOTT AMBROSE 489-1831

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__   514342

UNITED STATES OF AMERICA

v.

EZEKIEL SWINTON

**WARRANT FOR ARREST**

CASE NUMBER: 00-6303-CR-HURLEY

MAGISTRATE JUDGE VITUNAC

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __EZEKIEL SWINTON__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Distribution and Possession with intent to distribute cocaine base within 1,000 feet of a school,

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 860__

__CLARENCE MADDOX__                                  __COURT ADMINISTRATOR\CLERK OF THE COURT__
Name of Issuing Officer                                Title of Issuing Officer

_[signature]_                                          __October 12, 2000, Fort Lauderdale, Florida__
Signature of Issuing Officer                           Date and Location

Bail fixed at $ __Pre-Trial Detention Requested__   by __Lurana S. Snow, United States Magistrate Judge__
                                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL |

| DATE RECEIVED 10/12/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone<br>United States Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING OFFICER _[signature]_ |
|---|---|---|
| DATE OF ARREST 10/23/00 | | Edward Purchase, SDUSM |