# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**    DATE: 11/27/2000    TIME: 9:30 AM

| | |
|---|---|
| DEFT. EZEKIEL SWINTON (J) (Deft. not required) | CASE NO. 00-6303-CR-HURLEY/VITUNAC |
| AUSA. BRUCE BROWN | ATTY. Robin Rosen-Evans / FEDERAL PUBLIC DEFENDER |
| AGENT. DEA | VIOL. 21:841(a)(1) |
| PROCEEDING STATUS/DISCOVERY CONF. | BOND. PRETRIAL DETENTION |

DISPOSITION: Status Discovery held

Parties present

Discovery Out

No Trial date set

2 pending motions — Motion for Disclosure of Informant / Motion for Specific Brady Material

Oral arguments for both motions set for Wednesday, 11-29-00 @ 10:00 AM before Judge Vitunac

DATE: 11-27-00    TAPE: AV 00-87-16