Attorney Bruce Brown, who has no objection to the granting of this motion.

WHEREFORE, for the reasons stated herein, the Federal Public Defender requests her appointment as counsel for Defendant be terminated, and new counsel appointed.

Respectfully submitted,<br>
KATHLEEN M. WILLIAMS<br>
FEDERAL PUBLIC DEFENDER<br><br>
By: _____<br>
Robin C. Rosen-Evans<br>
Assistant<br>
Federal Public Defender<br>
Attorney for Defendant<br>
Florida Bar No. 438820<br>
400 Australian Ave., Suite 300<br>
West Palm Beach, Florida 33401<br>
Tel:(561)833-6288/Fax:833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed/delivered this 27th day of November, 2000, to Assistant United States Attorney Bruce Brown, 299 East Broward Boulevard, Fort Lauderdale, FL 33301, and Ezekiel Swinton, Pouch # 1 - Cell S-4-A, c/o Palm Beach County Detention Center, P.O. Box 24716, Gun Club Road, West Palm Beach, FL 33416.

_____
Robin C. Rosen-Evans

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-8021-CR-HURLEY



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GIOVANNI LOUIS,

    Defendant.
_____/

## NOTICE OF FILING

The defendant, Giovanni Louis, through counsel, hereby gives notice of the filing of the attached letter from the United States Marshal's Service and asks that the court consider it at her December 1, 2000 sentencing hearing.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

_____
Lori Barrist
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 374504
400 Australian Ave. N., Ste 300
West Palm Beach, FL 33401
TEL:(561) 833-6288
FAX:(561) 833-0368



CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed/delivered this **27th** day of November, 2000, to Bruce Reinhart, Assistant United States Attorney, 701 Clematis Street, West Palm Beach, Florida 33401, Karen Atkinson, Assistant United States Attorney, 701 Clematis Street, West Palm Beach, Florida 33401; and Giovanni Louis, Cell SA09, Pouch 1054, Palm Beach County Jail, P. O. Box 24716, West Palm Beach, FL 33416.

_____
Lori Barrist



**U.S. Department of Justice**

United States Marshals Service

*Southern District of Florida*

---

*701 Clematis Street*
*Room 215*
*West Palm Beach, Florida 33402*

November 24, 2000

To Whom It May Concern,

This letter is to advise that Giovanni Louis (USMS# 53446-004) has provided information to myself regarding Reynold Alexander (AKA: William Weir / USMS # 53446-004), who is currently a federal fugitive. As of this date no arrest has been made, however the information provided by Ms. Louis seems to be accurate. This investigation continues with the supplied information.

Sincerely,

*[signature]*

Brian C. Kelly
Deputy U.S. Marshal