UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6303-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EZEKIEL SWINTON,

    Defendant.

_____/



## ORDER ON FEDERAL PUBLIC DEFENDER'S MOTION TO WITHDRAW AS COUNSEL

THIS MATTER having come on to be heard by the Federal Public Defender's Motion to Withdraw As Counsel for the Defendant, and the Court having been duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Federal Public Defender's Motion to Withdraw As Counsel for the Defendant is hereby **granted**, and new counsel shall be appointed by separate Order of the Court. *Clerk to appt CJA*

DONE AND ORDERED in Chambers, this 28 day of November, 2000, at West Palm Beach, Florida.

                              _____
                              Daniel T.K. Hurley
                              United States District Court Judge
                              *Magistrate Judge*

cc:  Robin Rosen-Evans, AFPD
      Bruce Brown, AUSA
      Ezekiel Swinton, Defendant

*Clerk*