UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6303 CR-HURLEY

MAGISTRATE ANN VITUNAC

UNITED STATES OF AMERICA,

       Plaintiff,

v.

EZEKIEL SWINTON,

       Defendant.

_____/



### NOTICE OF APPEARANCE

       J. RAFAEL RODRIGUEZ, 6367 Bird Road, Miami, Florida 33155, hereby files this Notice of Appearance in the above-styled cause on behalf of EZEKIEL SWINTON.

       IT IS HEREBY requested that a complete copy of the Indictment filed in this case be forwarded to the undersigned by the Clerk of this Court.

       UNDERSIGNED COUNSEL REQUESTS that the Clerk of this Court hereafter forward to the undersigned copies of all pleadings and other documents filed in the above-captioned matter, and further,

       IT IS HEREBY requested that the Clerk of this Court promptly notify the undersigned of the time, date and place of arraignment, hearings, reports, soundings and trial to insure



prompt appearance of the Defendant and the undersigned counsel before this Court.

Respectfully submitted,

LAW OFFICES OF
J. RAFAEL RODRIGUEZ
Attorneys for
EZEKIEL SWINTON
6367 Bird Road
Miami, FL    33155
(305) 667-4445
(305) 667-4118 (FAX)

By: _____
J. RAFAEL RODRIGUEZ
FLA. BAR NO. 302007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to Bruce Brown, Esq., Office of the United States Attorney, 299 E. Broward Boulevard, Fort Lauderdale, Florida 33301, this 1st day of December, 2000.

_____
J. RAFAEL RODRIGUEZ