UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6303 CR-HURLEY

MAGISTRATE ANN E. VITUNAC

UNITED STATES OF AMERICA,

        Plaintiff,

v.

EZEKIEL SWINTON,

        Defendant.

_____/

## EX PARTE MOTION FOR INVESTIGATIVE FEES

Defendant, EZEKIEL SWINTON, by and through his undersigned attorney, files this EX PARTE MOTION FOR INVESTIGATIVE FEES, pursuant to 18 U.S.C. Section 3006A(e), and in support thereof asserts:

1) Defendant EZEKIEL SWINTON was deemed indigent and appointed counsel, pursuant to Title 18 Section 3006A, the Criminal Justice Act.

2) In order to provide full and adequate representation in this matter, and to properly prepare for new matters that may arise during pre-trial or trial proceedings, undersigned counsel considers it necessary to retain investigative services. The undersigned has conferred with Assistant Public Defender Robin Evans, who has stated the need for investigative services in this case.

3) Undersigned counsel believes that at present a sum of $1,000.00 for investigative fees should be approved.

4)    Pursuant to the Criminal Justice Act, counsel must seek and obtain authorization of this Court for investigative fees in excess of $300.00.

5)    Undersigned counsel also moves this Court to grant Defendant leave to request additional investigative fees if warranted.

WHEREFORE, Defendant requests that this Honorable Court grant investigative fees in the amount of $1,000.00 in this cause with leave to request additional investigative fees if warranted.

Respectfully submitted,

LAW OFFICES OF
J. RAFAEL RODRÍGUEZ
Attorneys for Defendant
EZEKIEL SWINTON
6367 Bird Road
Miami, FL 33155
(305) 667-4445
(305) 667-4118 (FAX)

By: _____
    J. RAFAEL RODRÍGUEZ
    FLA. BAR NO. 302007

Dated: 12-1-00