UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6303-CR-HURLEY

UNITED STATES OF AMERICA,
Plaintiff,

v.

EZEKIEL SWINTON,
Defendant.
_____/



## ORDER SETTING STATUS CONFERENCE

**THIS MATTER** come before the court *sua sponte*. It is

**ORDERED** and **ADJUDGED** that:

1. Counsel representing the parties shall attend a status conference on **Tuesday, January 30, 2001, at 8:50 a.m.** at the U.S. Courthouse, Courtroom 5, West Palm Beach, FL.

2. If arrangements are made at least 48 hours in advance with the Courtroom Deputy (561/803-3452), out-of-town counsel may attend the status conference by general conference call.

**DATED** and **SIGNED** in Chambers at West Palm Beach, Florida this _10th_ day of January, 2001.

**copy furnished:**
AUSA Bruce O. Brown
J. Rafael Rodriguez, Esq.

Daniel T. K. Hurley
United States District Judge