UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6303-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

EZEKIEL SWINTON,
    Defendant.
_____/

FILED by _____ D.C.
FEB - 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER DENYING WITHOUT PREJUDICE
## MOTION FOR INVESTIGATIVE FEES

    **THIS MATTER** come before the court upon motion from counsel representing the above named defendant for investigative fees. Upon review, it is

    **ORDERED** and **ADJUDGED**:

    1. The motion is **denied without prejudice**.

    2. Counsel may resubmit the motion utilizing the appropriate CJA Form 21, Authorization and Voucher for Expert and Other Services.

    **DATED** and **SIGNED** in Chambers at West Palm Beach, Florida this ___ day of January, 2001.

**copy furnished:**
J. Rafael Rodriguez, Esq.

                                        Daniel T. K. Hurley
                                      United States District Judge