UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6303CR-HURLEY

    Plaintiff,

v.

EZEKIEL SWINTON,

    Defendant.
_____/

NIGHT BOX FILED
FEB 0 1 2001
CLERK, USDC / SDFL / WPB

### MOTION FOR RULE 16(E) DISCLOSURE

Defendant, EZEKIEL SWINTON, by and through undersigned counsel, moves for disclosure, pursuant to Rule 16(E), Federal Rules of Criminal Procedure, of a written summary of the testimony the government intends to use under Rules 702, 703 or 705, Federal Rules of Evidence during its case in chief at trial. Pursuant to Rule 16(E), Defendant further demands the witnesses' opinions, the bases and reasons therefor, and the witnesses' qualifications.

Respectfully submitted,

LAW OFFICES OF
J. RAFAEL RODRIGUEZ
6367 Bird Road
Miami, FL 33155
(305) 667-4445
(305) 667-4118 (FAX)

By: _____
J. RAFAEL RODRIGUEZ
FLORIDA BAR NO. 302007

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this motion was mailed to Bruce O. Brown, Esq., Office of the United States Attorney, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, Florida 33394, on this 2nd day of February, 2001.

_____
J. RAFAEL RODRIGUEZ