UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6303CR-HURLEY

UNITED STATES OF AMERICA,

        Plaintiff,

v.

EZEKIEL SWINTON,

        Defendant.
_____/

### ORDER

THIS CAUSE having come on to be heard upon Defendant EZEKIEL SWINTON's Motion for Rule 16(E) Disclosure, and this Court having reviewed said motion and being fully advised in the premises

IT IS HEREBY ORDERED AND ADJUDGED that Defendant's Motion for Rule 16(E) Disclosure is ~~GRANTED~~. The Government shall have 10 days from the date of this Order to make the required disclosures under Rule 16(E).

DONE AND ORDERED at West Palm Beach, Florida, on this 25 day of February, 2001.

                                           DANIEL T.K. HURLEY
                                           United States District Judge

cc: J. Rafael Rodriguez, Esq.
    Bruce O. Brown, AUSA