## CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY



FILED by D.C.
APR - 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

=====================================

Case No. 00-6303-CR     Date April 3, 2001

Courtroom Deputy: James E. Caldwell     Court reporter: Pauline Stipes

Language Spoken: English     Defendant's Status: (Pretrial Detained / ~~Bond~~)

UNITED STATES OF AMERICA v. Ezekiel Swinton

AUSA: Bruce T. Brown     DEFENSE COUNSEL: J. Rafael Rodriguez

TYPE OF HEARING: Change of plea from not guilty to guilty as to Count II of the indictment.

RESULTS OF HEARING: After an inquiry, the plea of guilty was accepted.

Misc.: Sentencing date set for Friday, July 6, 2001, at 1:30 p.m.