**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6303CR-HURLEY

UNITED STATES OF AMERICA,

        Plaintiff,

v.

EZEQUIEL SWINTON,

        Defendant.
_____/

### MOTION FOR COSTS TO ORDER TRANSCRIPTS

Defendant, EZEQUIEL SWINTON, pursuant to Rules 32 and 47, Federal Rules of Criminal Procedure, and 18 U.S.C. Section 3006A(e), moves this Honorable Court for costs to order the plea and sentencing transcripts in his prior convictions, and in support thereof asserts:

    1.    Defendant has entered a plea of guilty to Count II of the Indictment in this cause.  Sentencing is currently scheduled for July 6, 2001.

    2.    Defendant has been declared indigent for costs and was appointed counsel under the Criminal Justice Act.

    3.    The undersigned has reviewed the Presentence Investigation Report (PSI), in which several particular prior convictions are listed for Defendant. (PSI, Paras. 28, 31, 32, 34, 35 and 38).  These convictions are:

        1) <u>State v. Ezequiel Swinton</u>, Case No. 88-3936CF
           (Circuit Court, Broward County, Florida)

        2) <u>State v. Ezequiel Swinton</u>, Case No. 90-16089CF
           (Circuit Court, Broward County, Florida)

1

      3) <u>State v. Ezequiel Swinton</u>, Case No. 91-22051MM (Circuit Court, Broward County, Florida)

      4) <u>State v. Ezequiel Swinton</u>, Case No. 91-16637CF (Circuit Court, Broward County, Florida)

      5) <u>State v. Ezequiel Swinton</u>, Case No. 94-24114MM (Circuit Court, Broward County, Florida)

      6) <u>State v. Ezequiel Swinton</u>, Case No. 97-5593MM (County Court, Broward County, Florida)

4. The Office of Probation has used the foregoing convictions to classify Defendant as a career offender under Section 4B1.1, U.S.S.G., with a criminal history category of VI. [PSI, Paras. 42 and 43].

5. Defendant needs to order the transcripts of the plea colloquys in the foregoing cases. A defendant has a right to collaterally attack the validity of a previous conviction obtained in violation of a defendant's right to counsel where such conviction is used to enhance his sentence in federal sentencing proceedings. <u>Custis v. United States</u>, 511 U.S. 485, 114 S.Ct. 1732, 128 L.Ed.2d 517 (1994); <u>United States v. Gilley</u>, 43 F.3d 1440 (11th Cir. 1995). Defendant has informed the undersigned he does not recall being represented by counsel on some of the foregoing offenses. He also does not recall the completeness or accuracy of the plea colloquys in the cases. The undersigned needs to apply for funds from this Court in order to obtain the transcripts of the plea/sentencing transcripts because Defendant is indigent for costs.

WHEREFORE, Defendant respectfully moves this Court to approve costs under the Criminal Justice Act to order the transcripts of proceedings as requested.

Respectfully submitted,

LAW OFFICES OF
J. RAFAEL RODRÍGUEZ
Attorneys for Defendant
6367 Bird Road
Miami, FL 33155
(305) 667-4445
(305) 667-4118

By: _____
J. RAFAEL RODRÍGUEZ
FLA. BAR NO. 302007

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Bruce Brown, Esq., Assistant United States Attorney, Office of the United States Attorney, 500 East Broward Blvd., 7th Floor, Ft. Lauderdale, FL 33394-3002, on this 13th day of June, 2001.

_____
J. RAFAEL RODRÍGUEZ