UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6303-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EZEQUIEL SWINTON,

    Defendant.
_____/



## ORDER DENYING AS MOOT MOTION FOR COSTS TO ORDER TRANSCRIPTS

**THIS CAUSE** comes before the court upon defendant's motion for costs to order transcripts. Upon consideration of the motion, and being otherwise fully advised in the premises, it is,

**ORDERED** and **ADJUDGED** that defendant's motion for costs to order transcripts is **DENIED AS MOOT**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 7th day of July, 2001.

                                    Daniel T.K. Hurley
                                    United States District Judge

copies furnished to:

J. Rafael Rodriguez, Esq.
Bruce Brown, AUSA

