UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6303-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EZEKIEL SWINTON,

    Defendant.

_____/

## MOTION FOR APPOINTMENT OF COUNSEL

The defendant, Ezekiel Swinton, by and through undersigned counsel, hereby files this Motion for Appointment of Counsel, and as grounds in support thereof states as follows:

1. Mr. Swinton is currently incarcerated, serving a 262-month sentence

2. The defendant was charged with one count of distribution of crack cocaine within 1,000 feet of a school and one count of possession with intent to distribute crack cocaine within 1,000 feet of a school.

3. On April 4, 2001, the defendant was convicted of the aforementioned offense.

4. On August 1, 2001, the Court sentenced the defendant to a term of 262 months imprisonment.

5. The defendant has contacted the Federal Public Defender's Office with regard to filing a motion pursuant to 18 U.S.C. § 3582(c) based upon the newly enacted amendment to the crack guideline.

6. Because the defendant has been in custody since 2001, the undersigned believes that he is currently indigent.

WHEREFORE, the Federal Public Defender respectfully requests that the Court appoint her to represent Ezekiel Swinton for purposes of 18 U.S.C. §3582(c) and all related proceedings. *See Halbert v. Michigan*, 545 U.S. 605, 610 (2005) (Due Process and Equal Protection clauses require that if an avenue for relief is provided by statute, the government may not "bolt the door to equal justice to indigent defendants"), *Mempa v. Ray*, 389 U.S. 128, 135 (1967)(Sixth Amendment guarantees right to counsel in proceeding to revise sentence in which judge must recommend sentence to be served to parole board).

      Respectfully submitted,

      KATHLEEN M. WILLIAMS
      FEDERAL PUBLIC DEFENDER

BY:    *s/Bernardo Lopez*
      Bernardo Lopez
      Assistant Federal Public Defender
      Florida Bar No. 884995
      One East Broward Boulevard, Suite 1100
      Fort Lauderdale, Florida 33301
      Tel: (954) 356-7436
      Fax: (954) 356-7556
      E-Mail: Bernardo_Lopez@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on   May 30, 2008  , I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                   *s/ Bernardo Lopez*

SERVICE LIST
United States District Court
Southern District of Florida

**United States v. Ezekiel Swinton**
Case No. 00-6303-CR-HURLEY

**Bernardo Lopez**
Bernardo_Lopez@fd.org
Federal Public Defender's Office
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida  33301
Tel:   954-356-7436
Fax:  954-356-7556
Attorney for Defendant
Service via CM/ECF

**Bruce Brown**
bruce.brown2@usdoj.gov
United States Attorney's Office
500 East Broward Boulevard, 7th Floor
Fort Lauderdale, FL 33301-3002
Tel:  954-356-7255
Fax: 954-356-7336
Attorney for Government
Service via CM/ECF

J:\CRACK CASES\Swinton, Ezekiel  Reg No 55512-004\Pleadings\Motion for Appointment.wpd