UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6303-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EZEKIEL SWINTON,

    Defendant.

_____/

**ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL**

THIS CAUSE having come before the Court on Defendant's Motion for Appointment of Counsel and the Court having been fully advised, it is hereby

**ORDERED AND ADJUDGED** that the defendant's motion for appointment of counsel is hereby **GRANTED**. The Federal Public Defender is appointed to represent him in all matters related to a reduction of sentence pursuant to 18 U.S.C. § 3582.

DONE AND ORDERED at Fort Lauderdale, Florida, this 31st day of May, 2008.

                                            DANIEL T. K. HURLEY
                                            UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record