UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6303-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EZEKIEL SWINTON,

    Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Ezekiel Swinton, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order Denying Motion to Reduce Sentence entered in this action on the 1st day of July, 2008.

Respectfully submitted,

KATHLEEN M. WILLIAMS
Federal Public Defender

By:   *s/ Bernardo Lopez*
      Assistant Federal Public Defender
      Florida Bar No. 884995
      One East Broward Boulevard, Suite 1100
      Fort Lauderdale, Florida  33301
      Tel:  (954) 356-7436
      Fax: (954) 356-7556
      E-mail: Bernardo_Lopez@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on   July 3, 2008  , I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                            *s/Bernardo Lopez*

## SERVICE LIST

**United States District Court**
**Southern District of Florida**

**United States v. Ezekiel Swinton**
**Case No. 00-6303-CR-HURLEY**

**Bernardo Lopez**
Bernardo_Lopez@fd.org
Federal Public Defender's Office
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida  33301
Tel:  954-356-7436
Fax: 954-356-7556
Attorney for Defendant
Service via CM/ECF

**Bruce Brown**
bruce.brown2@usdoj.gov
United States Attorney's Office
500 East Broward Boulevard, 7th Floor
Fort Lauderdale, FL 33301-3002
Tel: 954-356-7255
Fax: 954-356-7336
Attorney for Government
Service via CM/ECF