**UNITED STATES DISTRICT COURT**
**Southern District of Florida**

STEVEN M. LARIMORE
Clerk of Court

Appeal Section
305-523-5080

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

REC'D by _HH_ D.C.
JUL 2 2 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. of FLA. – MIAMI

U.S. COURT OF APPEALS
RECEIVED CLERK
JUL 1 4 2008
ATLANTA, GA.

Date: July 7, 2008

08-13954 D

IN RE:

District Court No.: 00-06303-CR DTKH        U.S.C.A. No.: _____

Style: SWINTON v. USA

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

__X__ Certified copy of Notice of Appeal, docket entries, judgment, opinion/order appealed from, enclosed. If opinion/order was oral, please check ____.

__X__ First Notice of Appeal: YES

_____ Date(s) of other notice(s): _____

FILED by ___ D.C.
JUL 2 1 2008
STEVEN M. LARIMORE
CLERK U.S. DIST CT
S.D. of FLA. – MIAMI

_____ volume(s) of pleadings; _____ volume(s) of transcripts;

_____ volume(s) of exhibits/depositions; other: _____

_____ There was no hearing from which a transcript could be made.

__X__ Copy of DOCKET SHEET enclosed.

_____ The following materials were SEALED in this court (order enclosed): _____

__X__ The appellate docket fee has been paid    NO

_____ Date paid _____ Receipt No. _____

_____ Appellant has been granted leave to appeal In Forma Pauperis (copy of order granting IFP is enclosed)

__X__ The Judge or Magistrate appealed from is: DANIEL T. K. HURLEY

__X__ The Court Reporter(s): PAULINE STIPES

_____ This is an appeal of a bankruptcy order.

Bankruptcy Judge: _____

_____ This is a DEATH PENALTY appeal.

Sincerely,

Steven M. Larimore, Clerk of Court

By: _Hope Hief_
Deputy Clerk

c:    court file

400 N. Miami Avenue
Miami, FL 33128
305-523-5100

☐ 299 E. Broward Boulevard
Room 108
Ft. Lauderdale, FL 33301
954-769-5400

☐ 701 Clematis Street
Room 402
W. Palm Beach, FL 33401
561-803-3400

☐ 301 Simonton Street
Room 130
Key West, FL 33040
305-295-8100

☐ 300 South Sixth Street
Ft. Pierce, FL 34950
561-595-9691